MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Wage and Hour Counsel
EDUARD MELESHINSKY (Cal. Bar No. #300547)
Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone:  415-625-7744
meleshinsky.eduard.r@dol.gov
*Attorneys for Plaintiff Martin J. Walsh,*
*United States Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Martin J. Walsh,<br>    Secretary of Labor,<br>      United States Department of Labor,<br><br>                Plaintiff,<br>      v.<br><br>Adventures International LLC,<br><br>                Respondent. | Case No. 2:21-cv-00905-RFB-EJY<br>ORDER<br>**SECRETARY'S MOTION TO REOPEN DOCKET** |

      On November 3, 2021, this Court issued a minute order granting the Secretary's petition for enforcement of his administrative subpoena as to Respondent Adventures International, LLC. Respondent ignored the Court's order. The Secretary then moved for civil contempt sanctions against Respondent on December 17, 2021. On September 15, 2022, the Court granted the Secretary's motion for civil contempt sanctions by way of $200 per day monetary fines beginning on September 23, 2022. ECF No. 8. That same day, the Court appears to have closed this docket by inadvertence. The Secretary requests that the Court reopen this docket because Respondent continues to defy the Wage and Hour Division's December 18, 2020 administrative subpoena. Absent the reopening of

SECRETARY'S MOTION TO REOPEN DOCKET
1

this docket and further contempt proceedings, the Secretary will have no other avenue to enforce the Wage and Hour Division's December 18, 2020 subpoena.

> SEEMA NANDA
> Solicitor of Labor
>
> MARC A. PILOTIN
> Regional Solicitor
>
> ANDREW J. SCHULTZ
> Wage and Hour Counsel
>
> EDUARD MELESHINSKY
> Trial Attorney
> U.S. Department of Labor
>
> By: /s/ Eduard Meleshinsky
> Eduard Meleshinsky
> Trial Attorney

## ORDER

IT IS SO ORDERED.

The Clerk of the Court is instructed to reopen this case.

DATED: March 13, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge